In the Matter of the Accounting of JEANIE C. VILES, as Administratrix of the Estate of B. RYDER CORWIN, Deceased, Respondent.

ORVILLE B. ACKERLY, Appellant.

*Matter of Viles*, 170 App. Div. 59, affirmed.
(Argued January 12, 1917; decided February 6, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 12, 1915, which affirmed a decree of the Kings County Surrogate's Court settling the accounts of the administratrix of the estate of B. Ryder Corwin, deceased. . The only points upon this appeal were: *First*. Whether the proceeds of the Hartford Life Insurance Company policy, amounting to $2,922.94, are payable to the decedent's next of kin or to his estate ? The policy contained the clause payable " to his (decedent's) wife, Jane S. Corwin, if living, otherwise to his legal representatives." His wife, Jane S. Corwin, predeceased him. *Second*. Whether or not the appellant can be heard in this court on the question of the reasonableness of the funeral expenses. Respondent in her account under oath alleged that the charges in such account for necessary expenses were correct. The appellant offered no evidence whatever as to the unreasonableness of the charge. The surrogate found " that said accountant has paid the reasonable funeral expenses, as required by law."

*Darwin J. Meserole* and *Edward E. Miller* for appellant.

*Frederick C. Tanner* and *Edward Gates* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN and POUND, JJ. Dissenting: CHASE, COLLIN and CARDOZO, JJ.